UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMANUCEL BELTON, No. 77288-112<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. 23-cv-2196-JPG |

## MEMORANDUM AND ORDER

　　This matter comes before the Court on petitioner Emanucel Belton's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his sentence in *United States v. Belton*, 18-cr-30063 NJR-5 (Doc. 1).  Belton is incarcerated at the Federal Correctional Institute in Pekin, Illinois ("FIC-Pekin"), within the Central District of Illinois.

　　The proper venue for filing a § 2241 petition that challenges a federal conviction is the district where the prisoner is confined.  *Wyatt v. United States*, 574 F.3d 455, 459-60 (7th Cir. 2009); *see also Morales v. Bezy*, 499 F.3d 668, 670 (7th Cir. 2007) (citing *Rumsfeld v. Padilla*, 542 U.S. 426 (2004)).  Because Belton is incarcerated within the Central District of Illinois, and has been since he filed his § 2241 petition, his case belongs there.  A Central District court would have jurisdiction over Belton's custodian, the Warden of FCI-Pekin, the proper respondent in this case, *Rumsfeld*, 542 U.S. at 447, and this Court would not.

　　Accordingly, pursuant to 28 U.S.C. § 1631, this Court **DIRECTS** the Clerk of Court to **TRANSFER** this habeas action to the United States District Court for the Central District of Illinois, the proper venue for this habeas matter.

**IT IS SO ORDERED.**
**DATED:  September 27, 2023**

　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**